MARY A. TYNDALL, as Administratrix of the Estate of JAMES J. TYNDALL, Deceased, Respondent, *v.* THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.

Reported below, 162 App. Div. ——.
(Argued April 13, 1914; decided April 21, 1914.)

MOTION to dismiss an appeal, by permission, from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered March 5, 1914,

affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for the death of plaintiff's intestate alleged to have been occasioned through the negligence of defendant, his employer.

The motion was made upon the ground that the exceptions were frivolous and presented no question of law which the Court of Appeals could review.

*John T. Norton* for motion.

*William L. Visscher* opposed.

Motion denied, with ten dollars costs.